UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALL FUNDS IN THE APPROXIMATE AMOUNT OF $13,500.00 HELD IN BANK OF AMERICA ACCOUNT #XXXXXX9577,<br><br>ALL FUNDS IN THE APPROXIMATE AMOUNT OF $3,594.45 HELD IN BANK OF AMERICA ACCOUNT #XXXXXX9580,<br><br>2013 TOYOTA COROLLA, WASHINGTON LICENSE PLATE AKS3928, VIN: 2T1BU4EE8DC944553,<br><br>                Defendants. | 2:13-CV-00176-LRS<br><br>Order of Dismissal |

Before the Court is the United States' Motion to Dismiss Civil Forfeiture Complaint, pursuant to Fed. R. Civ. P. Rule 41(a)(2).  ECF No. 18.

The Court finds that the civil forfeiture action pending against the Defendant funds and vehicle should be dismissed, with prejudice, because pursuant to the terms of the Plea Agreement (ECF No. 64)  and Preliminary Order of Forfeiture (ECF No. 72) filed in the related Eastern District of Washington Criminal Case, <u>United States v. Nina Mae Becker</u>, Case No.  2:13-CR-81-RMP, the Defendant funds and vehicle, were forfeited to the United States in the related criminal case.

Accordingly, IT IS HEREBY ORDERED:

1) That the civil forfeiture action pending against the Defendant funds and vehicle is hereby DISMISSED with prejudice;

2) Each party is to bear its own costs, fees and other expenses; and,

3) The District Court Executive is hereby directed to enter this order and close the file.

DATED this 11th day of June, 2015.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Senior United States District Judge